ARCHIE S. ROBINSON [SBN. 34789]
asr@robinsonwood.com
JOSEPH C. BALESTRIERI [SBN. 116321]
jcb@robinsonwood.com
CARRIE M. DUPIC [SBN. 240252]
cmd@robinsonwood.com
ROBINSON & WOOD, INC.
227 N 1st Street
San Jose, California 95113
Telephone: (408) 298-7120
Facsimile: (408) 298-0477

Attorneys for Defendant
BLACK & DECKER (U.S.) INC.

**FILED**

AUG 3 1 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DAMIEN ALVAREZ and LETICIA ALVAREZ,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>BLACK & DECKER (U.S.) INC., a Maryland Corporation; D.H. FOWLE CO., INC., a Massachusetts Corporation, et al.,<br><br>　　　　Defendants. | Case No. 1:08 CV 01615 JLO-GSA<br><br>**STIPULATION AND [PROPOSED] ORDER RE DISMISSAL**<br>Judge: Hon. Lawrence J. O'Neil<br><br>Trial Date: December 7, 2009 |

IT IS HEREBY STIPULATED by and between plaintiffs DAMIEN ALVAREZ and LETICIA ALVAREZ and defendant BLACK & DECKER (U.S.) INC. that the above captioned matter be dismissed with prejudice, as to defendant BLACK & DECKER (U.S.) INC. only, in exchange for a waiver of costs. Each party to bear their own costs and attorneys' fees.

Dated:　　　　　　　　　　　　　　　　　　　JEFFREY S. POP & ASSOCIATES

　　　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　　MINH T. NGUYEN
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs
　　　　　　　　　　　　　　　　　　　　　　DAMEN ALVAREZ and LETICIA ALVAREZ

525156

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL　　　　1　　　　1:08 CV 01615 JLO-GSA

1  Dated: August 24, 2009                     ROBINSON & WOOD, INC.

                                              By: _____
                                                  ARCHIE S. ROBINSON
                                              Attorneys for Defendant
                                              BLACK & DECKER (U.S.) INC.

6  IT IS SO ORDERED. (dismissal)  08-CV-01615
7  DATED: Aug 31, 2009

                                              _____
                                              LAWRENCE J. O'NEILL
                                              Judge of the United States District Court

ROBINSON & WOOD, INC.
ATTORNEYS AT LAW