1  **JEFFREY S. POP & ASSOCIATES**
Jeffrey S. Pop, Esq. - State Bar # 054343
2  Minh T. Nguyen, Esq. - State Bar # 222405
9107 Wilshire Boulevard, Suite 700
3  Beverly Hills, California 90210–5525
(310) 273-5462 ♦ (310) 274-7749 (Fax)
4
Attorneys for Plaintiffs
5  **DAMIEN ALVAREZ & LETICIA ALVAREZ**

6

7

8  **UNITED STATE DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| Damien Alvarez, Leticia Alvarez,  ) | Case No.  1:08-CV-01615-LJO-GSA |
| Plaintiffs,  ) | |
| ) | LAWRENCE J. O'NEILL |
| vs.  ) | U.S. DISTRICT JUDGE |
| ) | |
| Black & Decker (U.S.), Inc., a  ) | Courtroom 4 (LJO) |
| Maryland Corporation; D.H. Fowle  ) | |
| Co., Inc., a Massachusetts  ) | **PLAINTIFFS' REQUEST FOR** |
| Corporation; and DOES 1 through  ) | **DISMISSAL OF ENTIRE CASE;** |
| 200, Inclusive,  ) | **ORDER** |
| ) | |
| Defendants.  ) | |
| ) | |

21          Plaintiffs DAMIEN ALVAREZ and LETICIA ALVAREZ hereby request

22  that the Court dismiss this case in its entirety.  The case has been resolved.

23  Dated:  October 21, 2009          Respectfully submitted,

24                                    JEFFREY S. POP & ASSOCIATES
                                      A Law Corporation
25
                                      By:_____/S/_____
26                                         MINH T. NGUYEN, ESQ.
                                      Attorneys for Plaintiffs
27                                    DAMIAN ALVAREZ and LETICIA
                                      ALVAREZ
28

1

# ORDER

2          The Clerk is directed to close this action.

3    IT IS SO ORDERED.

4    **Dated:   October 21, 2009**                    **/s/ Lawrence J. O'Neill**
                                     UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20    **Jeffrey S. Bop & Associates**

21

22

23

24

25

26

27

28

08cv1615.dismissl.glg.wpd                    2